UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAETANO BALISTRERI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK,<br><br>　　　　　Defendant. | Case No. 4:19-cv-05779-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 17 |

　　　On January 21, 2020, the parties filed a joint notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

　　　Additionally, the case management conference set for February 18, 2020 is continued to April 14, 2020 at 1:30 p.m. in Courtroom 4, 1301 Clay Street, Oakland, California. The joint case management statement is due on or before April 7, 2020.

　　　IT IS SO ORDERED.

Dated: January 29, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge